IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

JOSHUA NEEL HARDIN,

    Petitioner,

v.                        Case No. 4:17cv281-MW/CAS

SECRETARY, DEPARTMENT
OF CORRECTIONS,

    Respondent.
_____/

## ORDER ACCEPTING AND ADOPTING REPORT AND RECOMMENDATION

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation. ECF No. 38. Upon consideration, no objections having been filed by the parties,[1]

**IT IS ORDERED:**

The report and recommendation is **accepted and adopted** as this Court's opinion. The Clerk shall enter judgment stating, "Respondent's motion to dismiss, ECF No. 28, is **GRANTED** and Petitioner's § 2254 petition, ECF No. 1, is **DISMISSED** as untimely. A Certificate of Appealability is **DENIED**." The Clerk shall close the file.

**SO ORDERED** on September 20, 2018.

                                              **s/ MARK E. WALKER**
                                              **Chief United States District Judge**

---

[1] Petitioner requested and was granted an extension of time to August 23, 2018, in which to file objections to the Report and Recommendation. Petitioner has failed to file any objections as of the date of this order.